

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-192-CV

BRIAN KNOTTS                                                     APPELLANT

V.

KAREN HEADLEY AND LANNY HEADLEY,                    APPELLEES
INDIVIDUALLY, AND ON BEHALF OF
THE ESTATE OF JEFFREY HEADLEY

----------

### FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On October 17, 2008, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. We have not received any response.

---

[1] *See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  November 20, 2008